IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| KANAY MUBITA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV07-62-S-EJL |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| LATAH COUNTY JAILERS, | ) | |
| OFFICER SCOTT [DOE], | ) | |
| SHERIFF WAYNE RAUSCH, | ) | |
| LT. JIM LOYD, AND OTHERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon this Court's Memorandum Decision and Order (Docket No. 70) and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY.**

DATED: October 9, 2009

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT 1